UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONY EPPS, #00450886, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:18-CV-1115-B-BK |
| | § | APPEAL CASE NO. 18-11466 |
| LORIE DAVIS, Director, | § | |
| TDCJ-CID, | § | |
| Respondent. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND DENYING A CERTIFICATE OF APPEALABILITY

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Petitioner's Motion for a Delayed Notice of Appeal, construed as a motion to reopen the time to file the notice of appeal under FED. R. APP. P. 4(a)(6), is DENIED.

SO ORDERED this 3rd day of July, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE